```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**JAMES OLIVER,**                     )
                                       )
    **Petitioner,**                 )
                                       )
**vs.**                               )   CIVIL ACTION 09-00052-KD-B
                                       )
**JOHN CUMMINS,**                     )
                                       )
    **Respondent.**                 )

<u>**ORDER**</u>

Petitioner, an Alabama inmate proceeding <u>pro se</u>, filed the instant action pursuant to 28 U.S.C. § 2254. A review of the docket sheet reflects that Petitioner did not pay the $5.00 filing fee or, in lieu thereof, file a motion to proceed without prepayment of fees, when he filed his petition (Doc. 1). Accordingly, Petitioner is hereby **ORDERED** to pay the filing fee, or in lieu thereof, to complete and file this Court's form for a motion to proceed without prepayment of fees by **March 2, 2009**. <u>See</u> Local Rule 83.9(d)(1). Failure to comply with this Order within the prescribed time or to notify the court of a change in address will result in a recommendation of dismissal of this action without prejudice for failure to prosecute and to obey the Court's Order.

The Clerk is **DIRECTED** to send petitioner the form for a motion to proceed without prepayment of fees.

**DONE** this **29th** day of **January, 2009.**

                                             /s/SONJA F. BIVINS
                                   **UNITED STATES MAGISTRATE JUDGE**