IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES OLIVER., <br> AIS #186094, <br>     Petitioner, <br><br> v. <br><br> JOHN CUMMINS, <br><br>     Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CIVIL ACTION NO. 09-00052-KD-N <br> ) <br> ) <br> ) <br> ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 28, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** this 19th day of November, 2009.

                                      s/ Kristi K. DuBose
                                      KRISTI K. DuBOSE
                                      UNITED STATES DISTRICT JUDGE