IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES OLIVER., ) | |
| AIS #186094, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 09-00052-KD-N |
| ) | |
| JOHN CUMMINS, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that petitioner's request for habeas corpus relief pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED with prejudice** because the claims asserted therein are unexhausted and are now precluded from review by the Alabama courts and this Court under the doctrine of procedural default.

**DONE** this 19th day of November, 2009.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE